# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

March 14, 2003

**Before**

Hon. JOHN L. COFFEY, *Circuit Judge*

Hon. TERENCE T. EVANS, *Circuit Judge*

Hon. ANN CLAIRE WILLIAMS, *Circuit Judge*

No. 02-1918

| | |
|---|---|
| BEVERLY THOMPSON,<br>        *Plaintiff-Appellant*,<br><br>    *v.*<br><br>DAVID E. WAGNER and<br>KEITH GARDNER,<br>        *Defendants-Appellees*. | Appeal from the United States<br>District Court for the<br>Northern District of Illinois,<br>Eastern Division.<br><br>No. 01 C 4266<br><br>John W. Darrah, *Judge*. |

**O R D E R**

The appellant's petition for rehearing is DENIED, but the final paragraph of the court's February 13, 2003, opinion is amended to read:

> So, what we have here is a situation where the officers seem to have decided on their course of action before they even entered the Kroger store. If Mrs. Thompson had a diamond, and refused to give it up, she would be arrested. Without probable cause or a valid charge of obstruction, their actions cannot be protected by qualified immunity. Accordingly, the grant of summary judgment to the defendants based on qualified immunity is REVERSED. In light of this determination, we also VACATE the district court's order denying Mrs. Thompson's motion for summary judgment. The case is REMANDED for further proceedings consistent with this opinion.